B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cribbin, Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9188** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12605 Kinvarra Drive**<br>**Palos Park, IL**<br>ZIP Code **60464** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cribbin, Michael** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Cribbin, Michael**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Michael Cribbin**
Signature of Debtor  **Michael Cribbin**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 12, 2009**
Date

### Signature of Attorney*

**X /s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)
**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number
**May 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Cribbin**                                              Case No.
                            Debtor(s)                                    Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael Cribbin**
                      **Michael Cribbin**

Date:  **May 12, 2009**

Certificate Number: 03591-ILN-CC-006962318

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 5, 2009, at 5:33 o'clock PM CDT, Michael Cribbin received from Chestnut Health Systems, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 6, 2009                By _____

                                 Name  DAVID D HILL

                                 Title  PROGRAM MANAGER

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Cribbin**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Associated Bank** 6100 N. Central Ave. Chicago, IL 60646 | **Associated Bank** 6100 N. Central Ave. Chicago, IL 60646 | **2005 Chevrolet Tahoe** | | **10,000.00** |
| **Associated Bank N.A.** 5200 N. Central Avenue Chicago, IL 60630 | **Associated Bank N.A.** 5200 N. Central Avenue Chicago, IL 60630 | **Guaranty for 1418 N. Talman and 1033 N. Mozart** | **Contingent Unliquidated** | **306,000.00** |
| **City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290** | **City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290** | | **Disputed** | **20,000.00** |
| **ComEd PO Box 6111 Carol Stream, IL 60197-6111** | **ComEd PO Box 6111 Carol Stream, IL 60197-6111** | | | **5,734.41** |
| **ComEd PO Box 6111 Carol Stream, IL 60197-6111** | **ComEd PO Box 6111 Carol Stream, IL 60197-6111** | | | **3,295.50** |
| **Daniel G. Lauer & Assoc., P.C. 1424 W. Division Chicago, IL 60642** | **Daniel G. Lauer & Assoc., P.C. 1424 W. Division Chicago, IL 60642** | **Re: Cribbin Properties, Inc.** | | **4,111.00** |
| **Delaware Place Bank 190 E. Delaware Place Chicago, IL 60611-1719** | **Delaware Place Bank 190 E. Delaware Place Chicago, IL 60611-1719** | | **Unliquidated** | **61,875.00** |
| **Delaware Place Bank 190 E. Delaware Place Chicago, IL 60611-1719** | **Delaware Place Bank 190 E. Delaware Place Chicago, IL 60611-1719** | | **Unliquidated** | **60,000.00** |
| **Financial Services Center c/o McMahan & Sigunick Ltd. 412 S. Wells, 6th Floor Chicago, IL 60607** | **Financial Services Center c/o McMahan & Sigunick Ltd. 412 S. Wells, 6th Floor Chicago, IL 60607** | **claim against Cribbin Carpentry** | **Unliquidated Disputed** | **89,834.26** |
| **First Suburban National Bank 180 N. Wacker Drive Chicago, IL 60606** | **First Suburban National Bank 180 N. Wacker Drive Chicago, IL 60606** | **Guaranty for 3212 & 3216-18 N. Ashland Ave.** | | **431,773.91** |
| **Home Depot Credit Services PO Box 6029 The Lakes, NV 88901-6029** | **Home Depot Credit Services PO Box 6029 The Lakes, NV 88901-6029** | **Re: Cribbin Carpentry** | | **3,582.65** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Michael Cribbin**                                             Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** <br> **Cincinnati, OH 45999-0011** | **Internal Revenue Service** <br> **Cincinnati, OH 45999-0011** | | | **5,582.17** |
| **Lathrop & Gage DC** <br> **Franklin Square, Ste. 1050 East** <br> **1300 Eye Street, NW** <br> **Washington, DC 20005** | **Lathrop & Gage DC** <br> **Franklin Square, Ste. 1050 East** <br> **1300 Eye Street, NW** <br> **Washington, DC 20005** | **may have interest in Travelers Insurance Claim No. 310644893 re: 716 W. 50th Street LLC** | | **5,755.00** |
| **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **guaranty for 1480 N. Talman** | **Contingent Unliquidated** | **429,000.00** |
| **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Guaranty for 2215 W. Washington** | **Contingent Unliquidated** | **391,000.00** |
| **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Guaranty for 1319 N. Cambell Avenue** | **Contingent Unliquidated** | **370,000.00** |
| **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Lisle Savings Bank** <br> **1450 Maple Avenue** <br> **Lisle, IL 60532** | **Guaranty for 1033 N. Mozart** | **Contingent Unliquidated** | **314,264.40** |
| **Mobile Mini, Inc.** <br> **7420 S. Kyrene Rd., Ste. 101** <br> **Tempe, AZ 85283** | **Mobile Mini, Inc.** <br> **7420 S. Kyrene Rd., Ste. 101** <br> **Tempe, AZ 85283** | **Re:  Cribben Carpentry** | **Disputed** | **4,671.26** |
| **Park National Bank** <br> **801 N. Clark** <br> **Chicago, IL 60610** | **Park National Bank** <br> **801 N. Clark** <br> **Chicago, IL 60610** | | **Unliquidated** | **956,380.90** |
| **Rubenstein Lumber Co.** <br> **c/o Thomas Herz, Jr.** <br> **39 S. LaSalle St., Ste 720** <br> **Chicago, IL 60603** | **Rubenstein Lumber Co.** <br> **c/o Thomas Herz, Jr.** <br> **39 S. LaSalle St., Ste 720** <br> **Chicago, IL 60603** | **Claim against 716 W. 50th, may make claim against Debtor** | **Disputed** | **42,280.36** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Michael Cribbin**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 12, 2009**                    Signature  **/s/ Michael Cribbin**
                                                     **Michael Cribbin**
                                                     Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

716 W. 50th Street LLC
9175 Gross Point Rd.
Suite 248
Skokie, IL 60077

Bridgeport Row LLC
566 West Lake Street
Suite 280
Chicago, IL 60661

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

716 W. 50th Street LLC
525 Park Drive
Suite 248
Kenilworth, IL 60043

Citgo
Processing Center
Des Moines, IA 50362-0300

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197-4488

AlliedInterstate
PO Box 1954
Southgate, MI 48195-0954

Citgo
PO Box 689095
Des Moines, IA 50368

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197

AlliedInterstate
3000 Corporate Exchange Drive
Columbus, OH 43231

City of Chicago
Dept. of Water Mgmt
PO Box 6330
Chicago, IL 60680-6330

Cribbin Properties, Inc.
12605 Kinvara
Palos Park, IL 60464

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

City of Chicago
Dept. of Water Management
PO Box 6330
Chicago, IL 60680-6330

Daniel G. Lauer & Assoc., P.C.
1424 W. Division
Chicago, IL 60642

Associated Bank
6100 N. Central Ave.
Chicago, IL 60646

City of Chicago
Dept. of Water Mangement
PO Box 6330
Chicago, IL 60680-6330

Delaware Place Bank
190 E. Delaware Place
Chicago, IL 60611-1719

Associated Bank N.A.
5200 N. Central Avenue
Chicago, IL 60630

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290

Emerald May LLC
566 W. Lake St
Suite 280
Chicago, IL 60661

AT&T
Collections
PO Box 8100
Aurora, IL 60507

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Financial Services Center
c/o McMahan & Sigunick Ltd.
412 S. Wells, 6th Floor
Chicago, IL 60607

ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895

Client Services, Inc.
PO Box 1503
Saint Peters, MO 63376-0027

First Suburban National Bank
180 N. Wacker Drive
Chicago, IL 60606

Box 2431
Lathrop & Gage
PO Box 8500
Philadelphia, PA 19178-2431

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Frank A. Edelman, Ltd.
77 W. Washington St., Ste. 1514
Chicago, IL 60602-2801

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

John DeAngelis
10704 Pursiane Cove
Austin, TX 78733

Olivia Homes LLC
70 W. Madison
Suite 3100
Chicago, IL 60602

Harris & Harris, Ltd
PO Box 5598
Chicago, IL 60680-5598

Jones & Jacobs
Attn: Tina M. Jacobs
77 W. Washington St, Ste 2100
Chicago, IL 60602

Park National Bank
801 N. Clark
Chicago, IL 60610

Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Lathrop & Gage DC
Franklin Square, Ste. 1050 East
1300 Eye Street, NW
Washington, DC 20005

Professional Recovery Consultants, Inc.
2700 Meridian Pkwy, Ste. 200
Durham, NC 27713-2204

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029

Laurie Silvestri
Three First National Plaza
Suite 3700
Chicago, IL 60602

R.M.S.
77 Hartland St., Ste. 401
East Hartford, CT 06108-0431

I.C. System, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437

Lisle Savings Bank
1450 Maple Avenue
Lisle, IL 60532

Robert L. Pattullo Jr.
10 S. LaSalle, Suite 3400
Chicago, IL 60603

Illinois Department of Revenue
100 West Randolph St. #7-400
Chicago, IL 60601

LTD Financial Services
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074

Robert Pattullo
10 S. LaSalle, Suite 3400
Chicago, IL 60603

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

LTD Financial Services LP
PO Box 630788
Houston, TX 77263-0788

Rubenstein Lumber Co.
c/o Thomas Herz, Jr.
39 S. LaSalle St., Ste 720
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60601

Markoff & Krasny
29 N. Wacker Dr., #500
Chicago, IL 60606-2854

Secretary of State
State of Illinois
Business Services Department
Springfield, IL 62756

Illinois Dept. Employment Security
527 S. Wells
Chicago, IL 60607-3922

MES/13716746
Allied Interstate Inc.
PO Box 361598
Columbus, OH 43236-1598

SouthwestCredit Systems, L.P.
5910 W. Plano Parkway
Ste. 100
Plano, TX 75093-4638

Internal Revenue Service
Cincinnati, OH 45999-0011

Mobile Mini, Inc.
7420 S. Kyrene Rd., Ste. 101
Tempe, AZ 85283

Union Street Homes, LLC
8820 Skokie Blvd.
#248
Skokie, IL 60077

Zamparo & Assoc., P.C.
Attn: Roger Zamparo Jr.
221 N. LaSalle St, Suite 1007
Chicago, IL 60601

Zamparo & Assoc., P.C.
Attn: Roger Zamparo Jr.
221 N. LaSalle, Suite 1007
Chicago, IL 60601